1 **RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2 2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
3 Telephone:    (408) 246-5500
Facsimile:    (408) 246-1051
4

5 Attorneys for Defendant
**MARK PLOYHAR**
6                                                                    ÉÒÉⱫÒŠÖÖ⁄ÆÁÈ ÐÆ GÈ

7

8

9

10                       UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,          )      NO: CR-11-00509 DLJ
                                      )
14            Plaintiff,              )      STIPULATION AND ()
                                      )      ORDER FOR MOVING FEBRUARY
15       vs.                          )      9, 2012 STATUS HEARING,
                                      )      EXCLUDING TIME FOR FEBRUARY
16 MARK PLOYHAR,                      )      9, 2012, THROUGH FEBRUARY
                                      )      23, 2012
17            Defendant.              )
   _____)
18

19       Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through

20 Grant Fondo hereby stipulate to the continuance of the status hearing from February 9, 2012,  to

21 February 23, 2012, at 9:00 a.m.

22       It is agreed between the parties that the following reasons exist for this stipulation:

23       (1) Defense counsel has a felony sentencing hearing in Santa Cruz Superior Court

24       (2) United States Attorney, Grant Fondo, has no objection to having the status conference

25 continued.

26       The government and defense stipulate that the factors stated above provide a basis for an

27 exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. Section 3161 (h)(8)(B)(iv) in that the

28 _____

Stipulation and ( Order for
Continuance of Status Hearing                    1

1   ends of justice outweigh the public interest in an earlier trial date.

2
                                                    Respectfully submitted,
3
    Dated: February 8, 2012                          /s/ Richard P. Pointer
4                                                    Richard P. Pointer
                                                     Attorney for Mark Ployhar
5

6   Dated: February 8, 2012                         ___/s/ Grant Fondo
                                                     Grant Fondo
7                                                    Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## ORDER OF COURT

3

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules

4

the parties' February 9, 2012, status hearing to February 23, 2012 at 9:00 a.m.

5

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from

6

February 9, 2012 to February 23, 2012.  The court finds, based on the aforementioned reasons, that

7

the ends of justice is served by granting the requested continuance outweigh the best interest of the

8

public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny

9

defense counsel reasonable time necessary for effective preparation, taking into account the exercise

10

of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that

11

this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

12

SO ORDERED.

13

Dated: February ___, 2012

_____

14

D. LOWELL JENSEN
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and ( Order for
Continuance of Status Hearing                              3