1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:      (408) 246-5500
   Facsimile:      (408) 246-1051
4  e-mail:         rpointer@hinklelaw.com

5

   Attorneys for Defendant
6  **MARK PLOYHAR**

7

8

9

10                      UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13
    UNITED STATES OF AMERICA,       )    NO: CR-11-00509 DLJ
14                                  )
              Plaintiff,            )    STIPULATION AND (¢)
15                                  )    ORDER FOR MOVING MARCH
         vs.                        )    29, 2012 STATUS HEARING,
16                                  )    EXCLUDING TIME FOR MARCH
    MARK PLOYHAR,                   )    29, 2012, THROUGH APRIL 19, 2012
17                                  )
              Defendant.            )
18  _____)

19
        Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through
20
    Grant Fondo hereby stipulate to the continuance of the status hearing from March 29, 2012, to April
21
    19, 2012, at 9:00 a.m.
22
        It is agreed between the parties that the following reasons exist for this stipulation:
23
        (1) Defense counsel is in trial in <u>People vs. Michael Hostia</u>, case number: C1108757. Also,
24
    defense counsel has a hearing in Palo Alto that requires his appearance
25
        (2) United States Attorney, Grant Fondo, has no objection to having the status conference
26
    continued.
27

28
    _____
    Stipulation and
    aring                                  1

1  The government and defense stipulate that the factors stated above provide a basis for an
2  exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. Section 3161 (h)(7)(B)(iv) in that the
3  ends of justice outweigh the public interest in an earlier trial date.

Respectfully submitted,

Dated: March 26, 2012      /s/ Richard P. Pointer
Richard P. Pointer
Attorney for Mark Ployhar

Dated: March 26, 2012      /s/ Grant Fondo
Grant Fondo
Assistant United States Attorney

## ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules the parties' March 29, 2012, status hearing to April 19, 2012 at 9:00 a.m.

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from March 29, 2012 to April 19, 2012. The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

Dated: March ___, 2012

_____
D. LOWELL JENSEN
United States District Judge



Stipulation and ( Order for
Continuance of Status Hearing        2