1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      FAX: (408) 535-5066

8  Attorneys for Plaintiff

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No.  CR 11-00509 DLJ
14                                  )
          Plaintiff,                )   STIPULATION AND []
15     v.                           )   ORDER RESCHEDULING
                                    )   SENTENCING HEARING TO
16 MARK PLOYHAR,                    )   FEBRUARY 14, 2013
                                    )
17        Defendant.                )
                                    )
18 _____

19     The United States and defendant Mark Ployhar respectfully request that defendant's

20 sentencing hearing be rescheduled from November 15, 2012, to February 14, 2013, (or other date

21 convenient to the Court), to permit defendant time to submit its findings regarding a computer to

22 Probation, and to permit Probation additional time to finalize the presentence report.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

*US v. Ployhar,* CR 11-00509 DLJ
Stipulation and [] Order re Sentencing

1 | The Probation Officer is available on that date.

2

3 | DATED: November 13, 2012           MELINDA HAAG
                                       United States Attorney
4
                                              /S/
5

6                                      _____
                                       GRANT P. FONDO
7                                      Assistant United States Attorney

8
                                              /S/
9
                                       _____
10                                     RICHARD POINTER
                                       Counsel for Defendant
11

12                                 **ORDER**

13      Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

14 ORDERS that the sentencing hearing as to Mark Ployhar Orellana is rescheduled to February 14,

15 2013, at 9:00 a.m.

16

17 IT IS SO ORDERED.
   DATED: FFÐI ÐFG                     _____
18                                     D. LOWELL JENSEN
                                       UNITED STATES DISTRICT JUDGE
19

*US v. Ployhar,* CR 11-00509 DLJ
Stipulation and [] Order re Sentencing