1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035

7 | FAX: (408) 535-5066

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00509 DLJ |
| Plaintiff, ) | STIPULATION AND [ ] |
| v. ) | ORDER RESCHEDULING SENTENCING HEARING TO |
| MARK PLOYHAR, ) | FEBRUARY 21, 2013 |
| Defendant. ) | |

The United States and defendant Mark Ployhar respectfully request that defendant's sentencing hearing be rescheduled from February 14, 2013, to February 21, 2013, (or other date convenient to the Court). The request is made to accommodate a recent scheduling conflict for

///
///
///
///
///
///

*US v. Ployhar,* CR 11-00509 DLJ
Stipulation and [ Order re Sentencing

1  the undersigned Assistant United States Attorney.  The Probation Officer is available on that
2  date.
3
4  DATED: December 21, 2012          MELINDA HAAG
                                     United States Attorney
5
                                          /S/
6
                                     _____
7                                    GRANT P. FONDO
                                     Assistant United States Attorney
8
9
                                          /S/
10
                                     _____
11                                   RICHARD POINTER
                                     Counsel for Defendant
12
13                                   **ORDER**

     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
14
   ORDERS that the sentencing hearing as to Mark Ployhar Orellana is rescheduled to February 21,
15
   2013, at 9:00 a.m.
16
17
   IT IS SO ORDERED.
18
   DATED:   FDJEFH
19                                   _____
                                     D. LOWELL JENSEN
20                                   UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

*US v. Ployhar,* CR 11-00509 DLJ
Stipulation and [] Order re Sentencing