**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:     (408) 246-5500
Facsimile:     (408) 246-1051
E-mail:        rpointer@hinklelaw.com

Attorneys for Defendant
**MARK PLOYHAR**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR-11-00509 DLJ |
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION AND () ORDER FOR MOVING FEBRUARY 28, 2013 SENTENCING HEARING TO MARCH 28, 2013 |
| MARK PLOYHAR, | ) ) ) | |
| Defendant. | ) ) | |

Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through

Grant Fondo hereby stipulate to the continuance of the sentencing date February 28, 2013, to March

28, 2013, at 9:00 a.m.

It is agreed between the parties that the following reasons exist for this stipulation:

(1) Defense counsel needs additional time for preparation and research of the defense

sentencing memorandum.

Respectfully submitted,

Dated: February 20, 2013                         /s/ Richard P. Pointer
                                                Richard P. Pointer
                                                Attorney for Mark Ployhar


Dated: February 20, 2013                         /s/ Grant Fondo
                                                Grant Fondo
                                                Assistant United States Attorney


## ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules

defendant's February 28, 2013 sentencing hearing to March 28, 2013 at 9:00 a.m.

SO ORDERED.

Dated: February _____, 2013            _____
                                                D. LOWELL JENSEN
                                                United States District Judge