**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:    (408) 246-5500
Facsimile:    (408) 246-1051
E-mail:       rpointer@hinklelaw.com

Attorneys for Defendant
**MARK PLOYHAR**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-11-00509 DLJ |
| Plaintiff, ) | STIPULATION AND () ORDER FOR MOVING MARCH 28, 2012 SENTENCING HEARING TO APRIL 25, 2013 |
| vs. ) | |
| MARK PLOYHAR, ) | |
| Defendant. ) | |

     Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through Grant Fondo hereby stipulate to the continuance of the sentencing date March 28, 2013, to April 25, 2013 at 10:00 a.m.

     It is agreed between the parties that the following reasons exist for this stipulation:

     (1) Due to an expected medical emergency (cardiac arrhythmia), Mr. Pointer has been advised to take a week off work.

Stipulation and ( Order for
Continuance of Sentencing Hearing     1

Respectfully submitted,

Dated: March 21, 2013        /s/ Richard P. Pointer
                             Richard P. Pointer
                             Attorney for Mark Ployhar

Dated: March 22, 2013        ___/s/ Grant Fondo_____
                             Grant Fondo
                             Assistant United States Attorney

## ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules defendant's March 28, 2013, sentencing hearing to April 25, 2013 at 10:00 a.m.

SO ORDERED.

Dated: March ___Ĝ___, 2013        _____
                                  D. LOWELL JENSEN
                                  United States District Judge

Stipulation and ( Order for
Continuance of Sentencing Hearing         2