1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035

7 | FAX: (408) 535-5066

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00509 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] ORDER RESCHEDULING SENTENCING HEARING TO MAY 9, 2013 |
| v. | ) | |
| MARK PLOYHAR, | ) | |
| Defendant. | ) | |

The United States and defendant Mark Ployhar respectfully request that defendant's sentencing hearing be rescheduled from April 25, 2013, to May 9, 2013, at 10:00 a.m., (or other date convenient to the Court). The request is made to permit the parties to discuss and potentially resolve one or more disagreements regarding sentencing enhancements in advance of the defendant's sentencing.

///

///

///

///

*US v. Ployhar,* CR 11-00509 DLJ
Stipulation and [] Order re Sentencing

1 | The Probation Officer is available on that date.

2

3 | DATED: April 23, 2013        MELINDA HAAG
                                          United States Attorney

4

5 |                     /S/

6 |                _____
                 GRANT P. FONDO
                 Assistant United States Attorney

7

8

9 |                     /S/
                 _____

10 |                RICHARD POINTER
                  Counsel for Defendant

11

12 | **ORDER**

13 | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

14 | ORDERS that the sentencing hearing as to Mark Ployhar is rescheduled to May 9, 2013, at 10:00

15 | a.m.

16

17 | IT IS SO ORDERED.

18 | DATED: |☐|☐H

                 _____
19 |                D. LOWELL JENSEN
                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

*US v. Ployhar,* CR 11-00509 DLJ
Stipulation and [] Order re Sentencing