1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:      (408) 246-5500
   Facsimile:      (408) 246-1051
4  E-mail:         rpointer@hinklelaw.com

5

   Attorneys for Defendant
6  **MARK PLOYHAR**

7

8

9

10

11                       UNITED STATES DISTRICT COURT

12                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14

15 UNITED STATES OF AMERICA,        )    NO: CR-11-00509 DLJ
                                    )
16          Plaintiff,               )   STIPULATION AND ()
                                    )    ORDER FOR MOVING MAY
17     vs.                           )   9, 2013 SENTENCING HEARING
                                    )    TO MAY 16, 2013
   MARK PLOYHAR,                    )
18                                   )
            Defendant.               )
19 _____)

20
       Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through
21
   Grant Fondo hereby stipulate to the continuance of the sentencing date May 9, 2013, to May 16,
22
   2013 at 10:00 a.m.
23
       It is agreed between the parties that the following reasons exist for this stipulation:
24
       (1) Defendant received the Government's supplemental Sentencing Memorandum on
25
   Tuesday night and parties agree to continue the hearing to allow defendant time to respond to it.
26

27

28 Stipulation and ( Order for
   Continuance of Sentencing Hearing        1

Respectfully submitted,

Dated: May 8, 2013                    /s/ Richard P. Pointer
                                      Richard P. Pointer
                                      Attorney for Mark Ployhar

Dated: May 8, 2013                    /s/ Grant Fondo
                                      Grant Fondo
                                      Assistant United States Attorney

## ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules defendant's May 9, 2013, sentencing hearing to May 16, 2013 at 10:00 a.m.

SO ORDERED.

Dated: May ___FÍ___, 2013             _____
                                      D. LOWELL JENSEN
                                      United States District Judge

Stipulation and ( Order for
Continuance of Sentencing Hearing          2